**Saundra HENSON and Milton Randall, Plaintiffs–Appellants,**

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION and Julian M. Earls, Defendants–Appellees.**

No. 92–4369.

United States Court of Appeals, Sixth Circuit.

May 2, 1994.

Before: GUY and RYAN, Circuit Judges, and MILES, Senior District Judge.*

### ORDER

The court has received a petition for rehearing. The panel has reviewed the petition and concludes that the opinion filed in this case should be amended, 14 F.3d 1143. Accordingly, the following language, appearing at the conclusion of the first full paragraph on page 1149, is hereby deleted:

Henson does not need to prove damages because the Act provides for a statutory

---

* The Honorable Wendell A. Miles, Senior United States District Judge for the Western District of Michigan, sitting by designation.

minimum of $1000. 5 U.S.C. § 552a(g)(4)(A).